UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BLECING NOLASCO, et al.,<br><br>　　　　　　　Plaintiff,<br>v.<br>NAVIENT SOLUTIONS, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-02734-KJD-PAL<br><br>ORDER |

　　　　The court conducted a scheduling conference on March 9, 2017, regarding the parties' Joint Proposed Discovery Plan and Scheduling Order (ECF No. 12) which requests special scheduling review. Michael Kind appeared on behalf of the Plaintiffs. Lisa Simonetti and Emily Montgomery appeared on behalf of Defendant. Plaintiff requests the standard presumptively reasonable 180 days to complete discovery, while Defendant requests 360 days to complete discovery because Plaintiff is pursuing the case as a class action. Having heard from counsel, the court will enter a discovery plan and scheduling order giving the parties an additional 60 days from the 180 days deemed presumptively reasonable to complete discovery.

　　　　**IT IS ORDERED** that:

　　　　1.　　The parties' Joint Proposed Discovery Plan and Scheduling Order (ECF No. 12) is **DENIED**, and the following discovery plan and scheduling order dates shall apply:

　　　　　　b.　　Last date to complete discovery: **September 11, 2017.**

　　　　　　c.　　Last date to amend pleadings and add parties: **June 14, 2017.**

　　　　　　d.　　Last date to file interim status report: **July 13, 2017.**

　　　　　　e.　　Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **July 13, 2017**

　　　　　　f.　　Last date to disclose rebuttal experts: **August 12, 2017.**

1

1.     g.    Last date to file dispositive motions: **October 11, 2017.**

    h.    Last date to file joint pretrial order: **November 10, 2017.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **August 21, 2017,** and shall fully comply with the requirements of LR 26-4.

DATED this 15th day of March, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2