Lisa M. Simonetti
(Admitted *Pro Hac Vice*)
VEDDER PRICE (CA), LLP
lsimonetti@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702
E: lsimonetti@vedderprice.com

Max E. Corrick, II
(Bar No.: 6609)
Olson, Cannon, Gormley, Angula & Stoberski
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
T: (702) 384-4012
F: (702) 383-0701
E: mcorrick@ocgas.com

Attorneys for Defendant
NAVIENT SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BLECING NOLASCO and EDWARD BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:16-cv-02734-KJD-PAL<br><br>**STIPULATED PROTECTIVE ORDER** |

To expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, adequately protect material entitled to be kept confidential, and ensure that protection is afforded only to material so entitled, plaintiffs Blecing Nolasco and Edward Brown ("Plaintiffs") and defendant Navient Solutions, LLC, formerly known as Navient Solutions, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby agree to this Stipulated Protective Order (the "Stipulation") governing the disclosure of all

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATED PROTECTIVE ORDER
2:16-CV-02734-KJD-PAL

LOS_ANGELES/#27071

confidential documents and information that belong to the Parties and may be produced in this matter. Therefore, the Parties hereby stipulate and agree as follows:

1. A party may designate certain documents and/or information provided by it in the matter as "Confidential" if the party reasonably believes that such documents and/or information contain private personal identifying information or trade secrets or other confidential or proprietary commercial, operational or technical information. Confidential documents and/or the information contained therein shall collectively be referred to from time herein as the "Confidential Information." Written material may be designated as Confidential by stamping on each page of the document: "CONFIDENTIAL." Testimony will be marked as "Confidential" by statement made on the record and instruction to the Court Reporter as described in paragraph 2 below. If timely corrected, an inadvertent failure to designate qualified information or documents as "Confidential" does not, standing alone, waive the designating party's right to secure protection of such information or documents under this Stipulation.

2. A party who receives Confidential Information may challenge the designation of such information as "Confidential" by notifying the designating party, and then by filing a motion with the Court if informal conciliation efforts fail. A party that elects to challenge the designation must do so in good faith and must begin the process by conferring directly with counsel for the designating party. In conferring, the challenging party must explain the basis for its belief that the confidentiality designation was not proper and must give the designating party up to ten (10) days to review the designated material, to reconsider the circumstances, and/or, if no change in designation is offered, to explain the basis for its chosen designation. A challenging party may proceed to file an appropriate motion with the Court only if it has first engaged in this meet-and-confer process. The "Confidential" status of the information shall be maintained as provided by this Stipulation until final ruling by the Court on such motion.

3. All documents, testimony and information designated "Confidential" shall be used solely for the purposes of prosecuting and/or defending this action and shall not directly or indirectly be used or disclosed for any commercial, business or other purpose, or in or for any other action.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

LOS_ANGELES/#27071

- 2 -

STIPULATED PROTECTIVE ORDER
2:16-CV-02734-KJD-PAL

4. All documents, information and testimony designated "Confidential" shall be disclosed only to the Parties, the Parties' attorneys and their staff (including in-house and outside counsel), a representative of any insurance carrier for each party, and to any outside experts retained for this matter. Should any party subsequently determine that it may be necessary to disclose this information to additional representatives, the party shall identify each such representative to the designating party and request that such disclosure be authorized. Such authorization shall not be unreasonably withheld by either party. Before such disclosure, the party seeking disclosure shall provide the designating party, through its counsel, with the names of all such representatives. To the extent any such representative is a consulting expert only, the Parties shall maintain the confidentiality of such information. Any persons to whom Confidential Information is disclosed under the provisions of this Stipulation and any Confidentiality or Protective Order shall be given a copy of this Stipulation and any Confidentiality or Protective Order and shall be advised that they are subject to its provisions, and may not reveal or discuss such information with any person who is not entitled to receive such information pursuant to this paragraph. Confidential Information shall not be copied or compiled in any manner by the receiving party, except as provided herein.

5. A party may not file in the public record any document containing Confidential Information, without either written permission from the designating party or a court order secured after appropriate notice to all interested persons. A party that seeks to file under seal any Confidential Information must comply with applicable law.

6. By this Stipulation, no party waives the right to file with the Court or to use and offer into evidence at pretrial hearings, in pretrial motions, and at trial (or the right to object to the filing, use or offering into evidence) Confidential Information. Similarly, no party waives any right it otherwise would have to object on any ground to the use in evidence of any material covered by this Stipulation.

7. The Parties and their counsel and staff are ordered to protect the Confidential Information and take reasonable measures to avoid unauthorized use and disclosure of any Confidential Information during and after the pendency of the matter.

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

LOS_ANGELES/#27071

- 3 -

STIPULATED PROTECTIVE ORDER
2:16-CV-02734-KJD-PAL

8.     The terms of this Stipulation shall survive and remain in full force and effect after the termination of the matter. Each party agrees to return to the other party or destroy and certify in writing the destruction of any Confidential Information, which has been disclosed through the course of the matter, at its conclusion. The Parties, including their counsel and staff, are strictly prohibited from any unauthorized dissemination or use of any Confidential Information outside of the context of this action.

9.     Any notice to Defendant under this Stipulation or any Confidentiality or Protective Order shall be provided to Defendant by serving its undersigned counsel, Lisa M. Simonetti, Vedder Price (CA), LLP, 1925 Century Park East, Suite 1900, Los Angeles, CA 90067, by e-mail (lsimonetti@vedderprice.com) and U.S. mail. Any notice to Plaintiff under this Stipulation or any Confidentiality or Protective Order shall be provided to Plaintiff, by serving its undersigned counsel, Michael Kind, Kazerouni Law Group, APC, 7854 West Sahara Avenue, Las Vegas, NV 89117, by e-mail (mkind@kazlg.com) and U.S. mail.

10.     This Stipulation and any Confidentiality or Protective Order shall be enforced by the Court, and the Parties agree that any violation of this Stipulation and any Confidentiality or Protective Order may be grounds for contempt in addition to all other available legal and equitable remedies.

[Continued on following page.]

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

STIPULATED PROTECTIVE ORDER
2:16-CV-02734-KJD-PAL

LOS_ANGELES/#27071

The execution of this Stipulation is without prejudice to the rights of any interested party to apply for additional or different protection when and where it is deemed necessary.

**IT IS SO STIPULATED:**

Dated: May 12, 2017                         VEDDER PRICE (CA), LLP

                                            By: */s/ Lisa M. Simonetti*
                                                Lisa M. Simonetti

                                            Attorneys for Defendant
                                            NAVIENT SOLUTIONS, LLC

Dated: May 12, 2017                         KAZEROUNI LAW GROUP, APC

                                            By: */s/ Michael Kind*
                                                Michael Kind

                                            Attorneys for Plaintiffs
                                            BLECING NOLASCO and EDWARD BROWN

**IT IS SO ORDERED:**

Dated: May 18, 2017                         By: _____
                                                PEGGY A. LEEN
                                                UNITED STATES MAGISTRATE JUDGE

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

STIPULATED PROTECTIVE ORDER
2:16-CV-02734-KJD-PAL

LOS_ANGELES/#27071

# **CERTIFICATE OF SERVICE**

I hereby certify that, on May 12, 2017, a copy of the foregoing **STIPULATED PROTECTIVE ORDER** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System:

Michael Kind, Esq.
NV Bar No. 13903
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

                                            */s/ Lisa M. Simonetti*
                                            Lisa M. Simonetti

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

LOS_ANGELES/#27071

STIPULATED PROTECTIVE ORDER
2:16-CV-02734-KJD-PAL