Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 S Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiffs Blecing Nolasco and Edward Brown,*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Blecing Nolasco and Edward Brown, | Case No.: 2:16-cv-02734-KJD-PAL |
| Plaintiffs, | **Notice of Settlement** |
| v. | |
| Navient Solutions, Inc., | |
| Defendant. | |

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

**NOTICE**

The disputes between Plaintiffs Blecing Nolasco and Edward Brown ("Plaintiffs") and Defendant Navient Solutions, Inc. ("Defendant") have been resolved on an individual basis. Plaintiffs anticipate filing dismissal documents within 60 days—on or before **December 5, 2017**.

DATED this 6th day of October 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 S Fort Apache Road, Suite 100
    Las Vegas, Nevada 89148
    *Attorneys for Plaintiffs*

  **IT IS ORDERED** that the settling parties shall have until **December 5, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

  Dated: October 12, 2017

Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 6, 2017, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
      Michael Kind
      6069 South Fort Apache Road, Suite 100
      Las Vegas, Nevada 89148